IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN SHANE FOSTER,<br>Reg. No. 12258-002,<br><br>    Petitioner,<br><br>v.<br><br>CHRISTOPHER ZYCH,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.  3:13cv758-TMH<br>)<br>)<br>)<br>) |

**O R D E R**

On November 13, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 3).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby TRANSFERRED to the United States District Court for the Western District of Virginia pursuant to the provisions of 28 U.S.C. § 2241.

Done this the 19th day of December 2013.

　　　　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE